FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 24 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL FRANCIS MOYNIHAN, JR., <br><br> Plaintiff, <br><br> v. <br><br> S. WICKLUND (07322), <br><br> Defendant. | Case No. C11-658-JLR-BAT <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the motion for summary judgment (Dkt. 27), the governing law, and the balance of the record, does hereby find and **ORDER**:

(1) The Report and Recommendation is **ADOPTED**;

(2) Plaintiff's motion for summary judgment is **DENIED**;

(3) The parties are directed to file with the Court a Joint Status Report in conformance with the attached order by March 7, 2012; and

(4) The Clerk of the Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 24th day of Feb., 2012.

JAMES L. ROBART
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT - 1